UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV - 6 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. |
| DANIEL POLANCO | § | |

**INDICTMENT**

19 CR 811

THE GRAND JURY CHARGES THAT:

### Count One

### (Influencing Federal Official by Threat)

On or about October 3, 2019, in the Southern District of Texas, within the jurisdiction of the Court, defendant

DANIEL POLANCO

did threaten to assault a federal law enforcement officer, that is Isidro Martinez, a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and did so with the intent to impede, intimidate, interfere with Special Agent Isidro Martinez while he was engaged in the performance of his official duties and to retaliate against Special Agent Martinez on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(1)(B)(4).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
Anibal J. Alaniz
Assistant United States Attorney


_____
Casey N. MacDonald
Assistant United States Attorney