HONORABLE PETER BRAY, PRESIDING
DEPUTY CLERK: Jason Marchand
ERO: S. Luavra
INTERPRETER No     USPO: D. Hernandez

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
11-8-19
DAVID J. BRADLEY, Clerk

OPEN: 10:02     ADJOURN: 10:04

CR. No. 19-811     DEFT No. 1     USDJ Hughes

UNITED STATES OF AMERICA     §     Anibal Alaniz     AUSA
vs.                          §
                             §
                             §
Daniel Polanco               §     Robert Jones

## ARRAIGNMENT

[✓] Arraignment held.     ____ Superseding Indictment     ____ Information
[ ] Defts first appearance with counsel.
[✓] Deft enters a plea of not guilty on all counts.
[ ] Waiver of Speedy Trial executed.
[ ] Waiver of Indictment.
[✓] Docket Control Order issued w/cc to parties   ✓ to be mailed   ____ not issued
[ ] Bond continued.
[ ] Deft failed to appear, bench warrant to issue.
[✓] Deft REMANDED to the custody of the U.S. Marshal
[ ] Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS:
Detention hearing to be reset to Nov. 21 @ 10am